# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**ASHLEIGH P. YOUNG**  **CIVIL ACTION NO. 10-1913**

**VERSUS**  **JUDGE TUCKER L. MELANÇON**

**COMMISSIONER OF SOCIAL SECURITY**  **MAGISTRATE JUDGE HILL**

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to evaluate the opinions of claimant's treating physician under *Myers v. Apfel*, 238 F.3d 617 (5th Cir. 2001), and *Newton v. Apfel*,

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

209 F.3d 448 (5th Cir. 2000), as well as to obtain an updated residual functional capacity assessment. Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

    THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of April, 2012.

                                            _____
                                                 Tucker L. Melançon
                                           UNITED STATES DISTRICT JUDGE